[No. 21807–7–I.  Division One.  January 9, 1989.]

CHARLES POST, *Appellant,* v. THE INDETERMINATE
SENTENCE REVIEW BOARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 88–2–03537–7, Liem E. Tuai, J., entered
March 4, 1988. *Dismissed* by unpublished per curiam opin-
ion.

[No. 10815–1–II.  Division Two.  January 9, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. RICHARD JAMES
ANDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 84–1–00298–4, Paula Casey, J., entered
February 18, 1987. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 11189–6–II.  Division Two.  January 9, 1989.]

THE PORT OF TACOMA, *Respondent,* v. JENSEN & REYNOLDS
CONSTRUCTION COMPANY, ET AL, *Defendants,* INDUSTRIAL
INDEMNITY CO., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86–2–07765–6, E. Albert Morrison, J., entered
June 12, 1987. *Vacated* by unpublished per curiam opinion.

[No. 11466–6–II.  Division Two.  January 9, 1989.]

*In the Matter of* JEFFREY LYNN HUBBARD.

Appeal from a judgment of the Superior Court for Clark
County, No. 175131R80, Ronald C. Wilkinson, J. Pro Tem.,
entered September 25, 1987. *Affirmed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Alexander,
C.J., and Petrich, J.